UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANTA PARENTE,

                          Plaintiff,                    10 Civ. 5913 (LTS)

     -against-                                          COMPLAINT

METROPOLITAN TRANSPORTATION
AUTHORITY,

                          Defendant.
-----------------------------------------------------------X

## PLAINTIFF DEMANDS TRIAL BY JURY

Plaintiff, by her attorneys, Law Offices of Michael Flynn, PC, complains of the

defendant and alleges:

FIRST:  This action is brought under the Federal Employers' Liability Act, (45

U.S.C. Sec. 51 et seq.).

SECOND:  The defendant is a corporation is engaged in interstate commerce

by rail and operates a railroad system and railroad yards within the jurisdiction of this

Court and in various other States.

THIRD:  That prior to December 17, 2007, and at all times hereinafter

mentioned, the defendant employed the plaintiff as a police officer under its direction,

supervision and control and in furtherance of defendant's business in interstate

commerce.

FOURTH:   That prior to December 17, 2007, and at all times hereinafter

mentioned, the defendant maintained, operated and controlled New Rochelle Train

Station which contained defendant's tracks, rails, switches, sidings, roadbeds and

appurtenances thereto, over, through and upon which the defendant operated engines,

trains and cars under its control and direction.

FIFTH:  That on or about December 17, 2007, while the plaintiff, an employee

of the defendant, was in the performance of her duties as a police officer at the New

Rochelle Train Station parking lot, New Rochelle, New York, the defendant, its

agents, servants and employees, so negligently and carelessly conducted themselves

toward the plaintiff in failing to provide plaintiff with a reasonably safe place to work;

in failing to clear the parking lot of ice and snow; and, so negligently failed and

neglected to enact and enforce safety rules, regulations, procedures, and practices for

activities carried out by its personnel at the said place; that all of the foregoing

brought about severe and disabling injuries to plaintiff.

SIXTH:  That the said injuries occurred while the plaintiff was acting in the

furtherance of interstate commerce or in work closely or substantially affecting the

same.

SEVENTH:  That the plaintiff was damaged thereby in the sum of

$1,000,000.00.

WHEREFORE, plaintiff demands judgment against the defendant in the sum

of ONE MILLION ($1,000,000.00) DOLLARS, together with the costs and

disbursements of this action.

Law Offices of Michael Flynn, PC
Attorneys for Plaintiff
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234


By:_____
    Marc T. Wietzke, MW1551

AO 440 (Rev. 5/85) Summons in a Civil Action

=================================================================================

# *UNITED STATES DISTRICT COURT*

_____SOUTHERN_____District of_____NEW YORK_____

SANTA PARENTE,

             Plaintiff,                              **SUMMONS IN A CIVIL ACTION**

          **V.**                           CASE NUMBER:

METROPOLITAN TRANSPORTATION AUTHORITY,

             Defendant.


     **TO:**  **(Name and Address of Defendant)**
        Metropolitan Transportation Authority
        347 Madison Avenue
        New York, NY 10017


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and  serve upon

PLAINTIFF'S ATTORNEY (name and address)

        Marc T. Wietzke, Esq., MW1551
        Law Offices of Michael Flynn, PC
        1205 Franklin Avenue
        Garden City, NY 11530
        (516) 877-1234


an answer to the complaint, which is herewith upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


_____            _____

CLERK                                   DATE


_____

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

|  | DATE |
|--|------|
| Service of the Summons and Complaint was made by me[1] | |

NAME OF SERVER                                    TITLE

Check the box below to indicate appropriate method of service

     [   ]    Served personally upon the defendant.  Place where served:

     [   ]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable
                  age and discretion then residing therein.
                  Name of person with whom the summons and complaint were left:

     [   ]    Returned unexecuted:

     [   ]    Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL                          SERVICES                          TOTAL

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on
              DATE                         SIGNATURE OF SERVER

                                 ADDRESS OF SERVER

1)       As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.